IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRA PRUITT | : CIVIL ACTION |
| v. | : |
| OFFICER ROBERT LUTZ, et al. | : NO. 11-4821 |

CIVIL JUDGMENT

Before the Honorable Robert F. Kelly

AND NOW, this 1st day of May, 2012, in accordance with the verdict of the jury on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants and against the plaintiff.

BY THE COURT

ATTEST: *Thomas Garrity*
Thomas Garrity
Deputy Clerk

FILED
MAY 1 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Civ 1 (8/80)