IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYA PRUITT | : | CIVIL ACTION |
| v. | : | |
| ROBERT W. LUTZ, et al. | : | NO. 11-cv-4821 |

### JUDGMENT

AND NOW, this 31st day of July, 2012, judgment is hereby entered in favor of Police Officer Robert Lutz and Police Officer Alessandro Cricelli, and against Kenya Pruitt, in the amount of $1,130.85.

MICHAEL E. KUNZ
CLERK OF COURT

1